# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
Randall Merle Dick
5748 Misted Breeze Dr.
Plano, TX 75093
SSN: XXX-XX-9209
Debtor

Case No. 15-42035 btr
Chapter: 11

Teresa Lynn Dick
5748 Misted Breeze Dr.
Plano, TX 75093
SSN: XXX-XX-7367
Joint Debtor

## ORDER VACATING CLOSING ENTRY AND REOPENING CASE

Came on to be considered the fact that the above referenced case filed on **November 12, 2015** was closed **February 22, 2021**. This case was closed erroneously; and,

It is therefore **ORDERED** that the entry closing the case on **February 22, 2021** is hereby **VACATED** and the case is hereby **REOPENED**.

Signed on 3/8/2021

_Brenda T. Rhoades_　SR
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE